UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HB FEEDER, LLC, <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS IDENTIFIED ON SCHEDULE A, <br><br> Defendants. | CASE NO.: 1:25-CV-01359 <br><br> JUDGE SHARON JOHNSON COLEMAN <br><br> MAGISTRATE JUDGE HEATHER K. MCSHAIN |

## EXHIBIT 1 | SERVICE EMAIL ADDRESSES

| No. | Defendant | Service Email Address |
|---|---|---|
| 1 | Shenzhen sunshine Technology Co., Ltd. | sales1@yaxinlong.com |
| 2 | SIKADING Store | sikading2022@163.com |
| 3 | Shop5592149 Store | chen3xuan@163.com |
| 4 | sikadingone Store | sikadingone@163.com |