UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

HB Feeder, LLC, et al.
                                      Plaintiff,

v.                                                  Case No.: 1:25−cv−01359

                                                          Honorable Sharon Johnson Coleman

The Partnerships Identified on Schedule A

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 23, 2025:

       MINUTE entry before the Honorable Sharon Johnson Coleman: Motion hearing held on 4/23/2025. Defendants did not appear nor contact the Court. Plaintiff's motion for entry of a preliminary injunction [36] is granted. Enter Order. The Clerk of Court is directed to unseal Plaintiff's complaint [2], Plaintiff's Amended Complaint [12], Notification of Affiliates [16], Motion for Temporary Restraining Order [17], Memorandum and supporting pleadings and exhibits in support of motion for temporary restraining order [18], Declaration in support of the Temporary Restraining Order [24], and the Temporary Restraining Order [26]. An in−person status hearing is set for 5/23/2025 at 10:00 AM. Law Firm of Sullivan & Carter, LLP is ordered to add ALL Defendant names listed in the Schedule A to the docket within three business days. Instructions can be found on the court's website located at https://www.ilnd.uscourts.gov/_assets/_documents/_forms/_cmecf/pdfs/v60/Add_Terminate_Instructions.p df. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.